UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
ARCH BROKERAGE LTD.,                      Docket No.:
                                          19-cv-07786-(VM)(SN)
                Plaintiff,

    - against -

BP/CGCENTER II LLC d/b/a
BOSTON PROPERTIES,

                Defendant.
------------------------------X

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff dismisses the above-captioned action without prejudice.

Dated:   New York, NY
         September 27, 2019

                                  MCLAUGHLIN & STERN, LLP

                                  _____
                                  Alan E. Sash
                                  260 Madison Avenue
                                  New York, NY 10016
                                  Tel.: 212-448-1100
                                  asash@mclaughlinstern.com

{N0050396.1}